820

No. 260.  CURCIO v. UNITED STATES.  C. A. 2d Cir. Certiorari granted. *Samuel Mezansky* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 302.  VANDERBILT v. VANDERBILT ET AL.  Court of Appeals of New York and Supreme Court of New York, County of New York.  Certiorari granted. *Sol A. Rosenblatt* for petitioner. *Monroe J. Winsten* for Vanderbilt, respondent.

No. 310.  FOURCO GLASS Co. v. TRANSMIRRA PRODUCTS CORP. ET AL.  C. A. 2d Cir.  Certiorari granted. *Edward S. Irons* for petitioner. *Morrie Slifkin* for respondents.

No. 199.  DEEN v. GULF, COLORADO & SANTA FE RAILWAY Co.  Court of Civil Appeals of Texas, Eleventh Supreme Judicial District.  Certiorari granted. *Robert Lee Guthrie* for petitioner. *Preston Shirley* for respondent.

No. 257.  HAYNES ET UX. v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted. *J. Walter LeCraw* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, for the United States.

No. 240.  ARNOLD v. PANHANDLE & SANTA FE RAILWAY Co.  Supreme Court of Texas and Court of Civil Appeals of Texas, Seventh Supreme Judicial District. Certiorari granted. *Henry D. Akin, Jr.* for petitioner. *Preston Shirley* for respondent.